

2012 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

6-22-2012

# USA v. Quintrell Reynos

Precedential or Non-Precedential: Precedential

Docket No. 11-1398

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2012

Recommended Citation

"USA v. Quintrell Reynos" (2012). *2012 Decisions.* Paper 780.
http://digitalcommons.law.villanova.edu/thirdcircuit_2012/780

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova University School of Law Digital Repository. It has been accepted for inclusion in 2012 Decisions by an authorized administrator of Villanova University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 11-1398
_____

UNITED STATES OF AMERICA

v.

QUINTRELL REYNOS,
                                     Appellant


PRESENT:   McKEE, Chief Judge, SLOVITER, SCIRICA, RENDELL, AMBRO,
           FUENTES, SMITH, FISHER, CHAGARES, JORDAN, HARDIMAN,
           GREENAWAY, JR., VANASKIE, and NYGAARD*, Circuit Judges

**AMENDED ORDER**


A majority of the active judges having voted for rehearing *en banc* in the above

captioned case, it is ordered that the petition for rehearing is GRANTED.  The Clerk of

this Court shall list the case for rehearing *en banc* at the convenience of the Court.  The

opinion and judgment entered May 22, 2012 are hereby vacated.

                                        By the Court,

                                        /s/ Theodore A. McKee
                                        Chief Judge

Dated: June 22, 2012
DWB/cc:
       Joseph T. Labrum, III, Esq.
       Robert A. Zauzmer, Esq.
       Megan S. Scheib, Esq.
       William J. Winning, Esq.
_____
 *Judge Nygaard's vote is limited to panel rehearing only.